FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 2 3 2015

CHRISTOPHER A. PRINE
CLERK

Cause Number- 01-14-00493CR   6-22-15
Trail Court cause # 1396147

## To- the State of Texas- Court of Appeals

In Regards to -Luis Ruiz Sierra # 1933958

Type of motion-
Pro Se Responce to Anders Brief

I was wrongly convictited on 7-27-13 of a 1st degree felony for burgaly of a habitiation with intent to commit felony. I was sentenced to 30 years. The Courts have found atleast one arguable issue that could overcome my 1st degree felony to a 2nd are even better. I would like to Raise a new Anders Brief and request council. I was not remained concealed in the residience. My last court appointed attorney did not try to help me in any way as he over looked alot of stuff and was totally biyast as well as I could not understand him. I request new council as well that speaks spanish. Thank you
I also request my transcript.

Luis Ruiz Sierra

Luis Ruiz Sierra #1033958 B-8-39
2350 Atascosita Road
Pam Lychner Humble tx
77396

USA FOREVER

NORTH HOUSTON TX 77?

22 JUN 2015 PM8 L

Court of Appeals, First District
301 Fannin Street
Houston, TX 77002-2066

77002206699

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 2 3 2015

CHRISTOPHER A. PRINE
CLERK